

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00836-CV

Allan W. **MAJESKI**,
Appellant

v.

**FROST BANK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00427
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant Allan W. Majeski because he is indigent.

SIGNED December 27, 2019.

_____
Beth Watkins, Justice